```
BENJAMIN B. WAGNER
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VINCENT SALINAS,<br><br>　　　　Defendant. | CASE NO.  1:12-cr-00030 AWI-DLB<br><br>MOTION TO UNSEAL INDICTMENT; AND ORDER |

　　　The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

　　　The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: February 09, 2012

　　　　　　　　　　　　　　　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　Assistant U. S. Attorney

1

```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT JULIAN SALINAS, ) <br> ) <br> Defendant. ) | CASE NO. 1:12-CR-00030 AWI-DLB <br><br> ORDER RE: MOTION TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on February 2, 2012 be unsealed.

IT IS SO ORDERED.

Dated:  **February 6, 2012**       **/s/ Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE